# LAW OFFICES OF JILL R. SHELLOW

**MEMO ENDORSED**

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

November 24, 2019

**BY ECF ONLY**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quaropas Street
White Plains, NY 10601

   RE: *United States v. Bert Hickson,* **19 Cr. 666 (KMK)**

Dear Judge Karas:

  On September 19, 2019, I was appointed pursuant to the Criminal Justice Act to represent Bert Hickson. On Wednesday, November 20, Howard Greenberg entered an appearance as retained counsel on Mr. Hickson's behalf. Accordingly, I respectfully request permission to withdraw from this representation.

  Thank you for your consideration.

              Respectfully submitted,

              Jill R. Shellow

cc: All Counsel (by ECF)
   Howard Greenberg (by email)
   Mr. Bert Hickson (by email)

*Granted.*
*So Ordered*
*[signature] 11/25/19*

**Connecticut Office**: 2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted: NY, CT, DC