# UNITED STATES DISTRICT COURT
### THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: November 12, 2021
```

## United States District Court
## Southern District of New York

--------------------------------------------------------X

## United States of America,

               Plaintiff

      -against-

Bert Hickson

               Defendant

--------------------------------------------------------X

**SCHEDULING ORDER**

7:19-cr-00666-KMK

TO ALL PARTIES:

The Court has scheduled arraignment on an information and plea hearing for 11/19/2021 at 1:00 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  The questionnaire is located on the Court's website at https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated:  11/12/2021
      White Plains, New York

                       SO ORDERED:

                       s/      PED
                       _____

                       PAUL E. DAVISON
                       United States Magistrate Judge