# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

May 12, 2025

**BY ECF AND EMAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
KarasNYSDChambers@nysd.uscourts.gov

RE: *United States v. Bert Hickson, 19-cr-666* (KMK)

Dear Judge Karas:

Your Honor is scheduled to sentence Bert Hickson on May 27, 2025, and our sentencing submission is due tomorrow. I am still collecting materials to be included for Your Honor's consideration and respectfully request that the deadline for filing the defense submission be extended until Thursday, May 15, 2025. The Government consents to this request.

Thank you for your consideration.

Granted.
So-Ordered
5/12/25

Respectfully submitted,

Jill R. Shellow

cc: AUSA Christopher Brumwell (by email)

Admitted: NY, CT, DC